# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:23-CV-00500-RJC-SCR

| | |
|---|---|
| JARLISE FRANKLIN, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| PROCTER & GAMBLE HEALTH & ) | |
| LONG-TERM DISABILITY PLAN, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Stephanie O. Zorn]" (Doc. No. 5) filed August 30, 2023. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: August 30, 2023

Susan C. Rodriguez
United States Magistrate Judge